UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

December 12, 2014

MEMORANDUM TO PARTIES RE:   Blanca P. Cedillos-Guevara, et al. v. Mayflower Textile Services, Co., et al.
Civil Action No. GLR-14-196

Dear Parties:

Pending before the Court is Plaintiffs' Motion for Order to Show Cause Why Defendants Valentin Abgaryan, Argo Management Group, Inc. ("Argo"), and Villy's Corporation ("Villy's") Should Not Be Held in Contempt of Court (ECF No. 40) for failing to comply with the Court's Order of September 22, 2014, compelling Defendants to answers Plaintiffs' interrogatories (ECF No. 37). The Court finds no hearing necessary. See Local Rule 105.6 (D.Md. 2014).

On August 13, 2014, counsel for Defendants filed a Motion to Withdraw as Counsel (ECF No. 28), which the Court granted on August 15, 2014 (ECF No. 30). Pursuant to Local Rule 101.2.b, a corporation must be represented by counsel. To date, counsel has not entered an appearance on behalf of Argo and Villy's. Accordingly, the Court will deny the Motion for Order to Show Cause in part without prejudice as to Argo and Villy's and direct Plaintiffs to file a motion for entry of default and default judgment within fourteen days of the date of this Order. The Court will refer the Motion to a U.S. Magistrate Judge for resolution as to individual Defendant Abgaryan.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly and mail a copy to the parties at their addresses of record.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge